```
                    UNITED STATES DISTRICT COURT

                    MIDDLE DISTRICT OF LOUISIANA

DONALD RAY WASHINGTON (#380896)
                                              CIVIL ACTION
VERSUS
                                              NO. 10-0018-FJP-DLD
WARDEN BURL CAIN
```

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendant's Motion to Dismiss[1] shall be granted, dismissing the plaintiff's claims asserted against defendant Burl Cain, and that this action shall be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, September 14, 2010.

                                                  _____
                                                  FRANK J. POLOZOLA
                                                  MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 7.

Doc#46909