UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD RAY WASHINGTON (#380896)

VERSUS

WARDEN BURL CAIN

CIVIL ACTION

NO. 10-0018-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and that the Motion to Dismiss of defendant Ernest Williams[1] shall be granted, dismissing the plaintiff's claims asserted against this defendant, with prejudice.

IT IS FURTHER ORDERED that the plaintiff's claims asserted against the Louisiana Department of Public Safety and Corrections shall be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915, and that this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 11, 2011.

*[signature]*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 26.

Doc#47370